## Appeal of ADA R. GILES.     Docket No. 1536.

Submitted March 30, 1925; decided April 28, 1925.

*J. Roy Dickie, Esq.*, for the taxpayer.
*Benjamin H. Saunders, Esq.*, for the Commissioner.

### Before GRAUPNER, LANSDON, and GREEN.

The taxpayer, in filing her income-tax return for 1919, claimed a deduction of $2,187.44 as representing depletion of her undivided interest in certain leased oil lands. The Commissioner disallowed the deduction claimed on the theory that the taxpayer was a partner in the exploitation of the leased lands and that any allowance for depletion should be taken from partnership income before the distribution of profits. This disallowance resulted in a deficiency of $246.50, from which the taxpayer appealed. From the pleadings, the oral testimony of the taxpayer at the hearing, and stipulations filed, the Board makes the following

#### FINDINGS OF FACT.

The taxpayer in 1918 inherited from her father, James M. Giles, an undivided five-eighths interest in leases on oil-lands in Ohio. Mrs. C. E. Giles owned an undivided two-eighths interest in the leases and William T. Forsythe the remaining undivided one-eighth interest.

The leased lands are operated by a manager who submitted to the taxpayer a monthly budget which was paid by the taxpayer from the account maintained at Pittsburgh. The manager of the properties kept on hand only sufficient cash to meet necessary expenses.

The property was operated by the owners as tenants in common and the income of $9,166.13 received therefrom was erroneously reported upon the 1919 income-tax return as income from a partnership.

The oil produced was sold by the taxpayer who kept records of all receipts and expenditures. At the end of the year the income from the sale of oil, less the expenses paid, was divided into eighths and distributed to the owners of the undivided interests in the proportion of their ownership, without deduction of any sum for depletion.

#### DECISION.

The deficiency determined by the Commissioner is disallowed.

---

## Appeal of THE AKRON AUTO GARAGE CO.     Docket No. 1180.

Submitted March 31, 1925; decided April 28, 1925.

*Andrew Auble*, president of the corporation, for the taxpayer.
*W. Frank Gibbs, Esq.*, for the Commissioner.

Before Sternhagen, Trammell, and Phillips.

This appeal involves a deficiency in income and profits taxes for 1919 of $1,967.80, and an overassessment for 1920 of $870.82, resulting in a net deficiency of $1,096.98.

### FINDINGS OF FACT.

The taxpayer was a corporation, having its principal place of business at Akron, Ohio. In 1917 it entered into a contract with the Holmes Automobile Co. to make 4,000 oil pumps at $6.00 each, and it actually made about 1,800 pumps in the years 1917 to 1919, inclusive. At the close of 1919 it had standing on its books an investment of $5,138.44, representing the amount expended for the manufacture of pumps under the contract. The making of pumps had been discontinued by that time and, believing the Holmes Company to be in bad financial condition and that no additional pumps would be required, the taxpayer charged off said amount of $5,138.44 and took a deduction on account thereof in its 1919 income and profits tax return as a debt ascertained to be worthless.

In 1920, the Holmes Company, desiring additional pumps from the taxpayer, paid it $4,173.52, representing a portion of the investment in pumps, as consideration for the cancellation of the 1917 contract, and pumps were thereafter made upon a different basis.

Subsequent to 1920 the business of the taxpayer was sold, but no evidence was introduced as to the extent to which the pump investment entered into any sale price, loss on liquidation, inventory, or otherwise.

The Commissioner disallowed the deduction in 1919 of the amount of $5,138.44, resulting in a deficiency in tax for that year.

### DECISION.

The determination of the Commissioner is approved.

---

### Appeal of OLD COLONY RAILROAD CO.     Docket No. 1024.

Where a railroad corporation holds 44 per cent of the shares of stock and is lessee under a ninety-nine year lease of all the properties of another railroad corporation, *held*, that such circumstances do not create such a control of "substantially all of the stock" of the second corporation as to entitle it to claim affiliation for the purpose of filing *consolidated returns*.

Submitted February 5, 1925; decided April 28, 1925.

*George E. Holmes, Esq.*, for the taxpayer.
*George K. Bowden, Esq.*, for the Commissioner.

Before Graupner, Lansdon, and Littleton.

This appeal involves a deficiency of $828.82 for the year 1918. The deficiency arises from the refusal of the Commissioner to allow a